# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED JUNE 13, 2025

### NO. 03-24-00535-CR

**The State of Texas, Appellant**

**v.**

**Jason Nassour, Appellee**

**APPEAL FROM THE 299TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND THEOFANIS
REVERSED AND REMANDED -- OPINION BY JUSTICE THEOFANIS;
DISSENTING OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the order entered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's order. Therefore, the Court reverses the district court's order and remands the case for further proceedings consistent with this Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.